# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURINDER KAUR, | CASE NO. CV F 07-0441 LJO SMS |
| Plaintiff, | **ORDER FOR JOINT STATUS REPORT** |
| vs. | |
| MICHAEL CHERTOFF, Secretary of Homeland Security, et al., | |
| Defendants. | |

On May 15, 2007, this Court signed a joint stipulation and order remanding the case to the United States Citizenship & Immigration Services, with instructions to adjudicate the application for naturalization within 30 days. The time period has passed. **The parties are hereby ORDERED to file a Joint Status Report by June 26, 2007,** indicating whether the application was adjudicated. In the Joint Status Report, that parties shall further request, as appropriate, that this Court: (1) close the action or (2) set a scheduling conference to continue with proceedings before this Court.

IT IS SO ORDERED.

**Dated:   June 18, 2007**           /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

1