**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GURINDER KAUR, | CASE NO. CV F 07-0441 LJO SMS |
| Plaintiff, | **ORDER TO CLOSE CASE** |
| vs. | |
| MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of The United States Citizenship and Immigration Services, DAVID STILL, District Director of the United States Citizenship Immigration Services, DONALD RIDING, Field Office Director of the Fresno Field Office of The United States Citizenship Immigration Services, McGREGOR W. SCOTT, United States Attorney for the Eastern District of California, and ROBERT MUELLER, Director of the Federal Bureau of Investigations. | |
| Defendants. | |

On May 20, 2007, Plaintiff filed a voluntary dismissal pursuant to Rule 41(a)(1), which reads: "[A]n action may be dismissed by the plaintiff without order of the court by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs." A plaintiff has an absolute right to file a voluntary dismissal

1

before an answer or motion for summary judgment is filed by a defendant.  *American Soccer Co. Inc., v. Score First Enterprises*, 187 F.3d 1108, 1109 (9th Cir. 1999) (citing *Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)* (citations and footnote omitted).  None has been filed by defendants in this case.  Therefore, this action has been dismissed by Plaintiff and the clerk of court is directed to CLOSE this case.

     IT IS SO ORDERED.

**Dated:   June 20, 2007**                              /s/ Lawrence J. O'Neill
                                                                                           UNITED STATES DISTRICT JUDGE